JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS RIZZO and BARBARA RIZZO, <br><br> Plaintiffs, <br><br> v. <br><br> NUTMEG INSURANCE COMPANY; Does 1-25, inclusive, <br><br> Defendants. | Case No.: SACV 08-1016-JVS (RNBx) <br><br> **JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to the Court's grant of summary judgment in favor of Defendant Nutmeg Insurance Company, as more fully set forth in the Court's Minutes of June 29, 2009, IT IS ORDERED AND ADJUDGED as follows:

    1.    Judgment is entered in favor of Defendant Nutmeg Insurance Company against Plaintiffs Thomas Rizzo and Barbara Rizzo. The Rizzos shall take nothing by their complaint.

2.      Nutmeg, as the prevailing party, shall recover its taxable costs of suit in this matter as taxed by the Clerk under the provisions of Federal Rule of Civil Procedure 54.  The sums awarded by this Court as costs shall bear postjudgment interest at the current U.S. Treasury Constant Maturity rate, from the date this judgment is entered until it is paid.

IT IS SO ORDERED.

Dated:  August 17, 2009_____   By: _____
           James V. Selna
           United States District Judge